**In the United States Court of Federal Claims**

| | |
|---|---|
| **William Joseph Mooney,** *In propria persona*; and<br>**Joni Therese Mooney,** *In propria persona,*<br><br>    **Plaintiffs,**<br><br>v.<br><br>**THE UNITED STATES a/k/a "UNITED STATES OF AMERICA"**<br><br>    **Defendant,** | Case No. 19-987 T_____<br><br>Judge _____ |

**COMPLAINT**

Comes Now, William Joseph Mooney, *in propria persona* and Joni Therese Mooney, *in propria persona* ("Mooneys") with this Complaint against the "UNITED STATES" a/k/a "UNITED STATES OF AMERICA." ("**US/USA**").[1]

**Table of Contents**

I. Initial Opening Statement including Juridicitonal Statements .................................................. 1

   A.  28 U.S.C. § 1491 Claims against United States generally; actions involving Tennessee Valley Authority ................................................................................................................ 1

   B.  28 U.S.C. § New trial; stay of judgment. .......................................................................... 2

   C.  5 U.S.C. § 706—Scope of Review (1)(2)(A-F). ............................................................... 5

   D.  Related Cases. ................................................................................................................... 6

   E.  Statement of the Claim. ..................................................................................................... 7

   F.  Relief. ................................................................................................................................. 8

II. Madisonian Compromise in the Constitutional Convention ..................................................... 9

   A.  "Constitute" Article I Tribunals versus "Ordain and Establish" "Courts of the United States" exercising the "judicial Power of the United States" in Article III Sections 1 & 2 ........ 9

---

[1] Judge **NELSON** HELD that the "UNITED STATES" and "UNITED STATES OF AMERICA" are exactly the same. Briefed below.

## I. Initial Opening Statement including Juridicitonal Statements

The Mooneys do hereby state for the United States Federal Court of Claims ("Court of Claims") to take judicial Notice of all Attachments of public records in this Complaint without restating same and the unassailable facts in this Complaint, *infra*.

There are Memorandums of Law included in the Complaint or the Memorandums of Law may be included as attachments to this Complaint as they are essential elements of this Complaint; and further, in whichever way they are used in the Complaint that are essential elements to NEW evidence and clarification of terms and phases as the Mooneys have been LIED to over and over by Judge **SUSAN RICHARD NELSON ("NELSON")** and **MICHAEL R PAHL ("PAHL") and denied access to an Court of the United States arising under Article III Sections 1 and 2 to Cases in Law and Equity.**

This Complaint will NOT be accepted with great favor by the "United States" aka "United States of America" as this Complaint will expose a CON by Tribunals, Courts of the United States and Congress that requires documented evidence to establish a "well pleaded Complaint" which is the goal of the Mooneys, who are not attorneys or lawyers.

### A.  28 U.S.C. § 1491 Claims against United States generally; actions involving Tennessee Valley Authority

The Mooneys will present NOW the initial jurisdictional elements of this Complaint that include  28 U.S.C. § 1491 "(a)(1) The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim against the United States founded either **upon the Constitution,** or any Act of Congress or **any regulation of an executive department**," *i.e.,* being a waiver by the "United States" to be sued.  Also in the Complaint, other issues are