Receipt number CFC100004780

Clear Form

# In The United States Court of Federal Claims

Cover Sheet

19-987 T

Plaintiff(s) or Petitioner(s)

Names: William J. Mooney *William Joseph Mooney* and *Joni Therese Mooney*

Location of Plaintiff(s)/Petitioner(s) (city/state): 409 6th Avenue Northwest Little Falls, Minnesota 56345
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): n/a

Firm Name: n/a

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:

Street Address: 409 6th Avenue Northwest

City-State-ZIP: Little Falls, Minnesota 56345

Telephone & Facsimile Numbers: 320-632-8578

E-mail Address: moonsterb@gmail.com

Is the attorney of record admitted to the Court of Federal Claims Bar?   ◯ Yes  ● No
n/aDOJ

Nature of Suit Code: 212
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: TRE, DOJ, VAR

Number of Claims Involved: ????

Amount Claimed: $ William $459917.86 Joni 239463.71
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ n/a

- Is plaintiff a small business?  ◯ Yes  ● No
- Was this action preceded by the filing of a protest before the GAO?  ◯ Yes  ● No
- If yes, was a decision on the merits rendered?  ◯ Yes  ◯ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: n/a

Takings Case:
Specify Location of Property (city/state): 409 6TH AVE NW LITTLE FALLS, MINNESOTA

Vaccine Case:
Date of Vaccination: n/a

Related Case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims?  ◯ Yes  ● No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

RECEIVED - USCFC
JUL 09 2019

178