# In the United States Court of Federal Claims

Case No.: 1:19–cv–00987–PEC

WILLIAM JOSEPH MOONEY, et al.

   v.

UNITED STATES OF AMERICA

NOTICE OF ASSIGNMENT TO:
Judge Patricia E. Campbell–Smith

    Pursuant to Rule 40.1, of the Rules of the United States Court of Federal Claims, this case has been assigned to the above Judge for the conduct of proceedings pursuant to the rules of this court. Careful consideration and observance by counsel of the rules of this court and the orders of the assigned judge will enable the judge and the Clerk of Court to assist counsel in the expeditious disposition of the case with minimum expense. Counsels attention is called to Appendix A of the rules of this court which governs proceedings before trial, and has application in every case unless an order is entered providing otherwise. For format and copy requirements, see Rule 5.5. For service and filing requirements, see Rule 5. For electronic case filing procedures, see Appendix E of the rules of this court.

    Counsels' attention is also called to Appendix H of the rules of this court which implements a variety of voluntary, non–binding alternative dispute resolution (ADR) tools for use in appropriate cases. ADR techniques include but are not limited to mediation, mini–trials, early neutral evaluation, and non–binding arbitration.

    The United States is requested to promptly file written notification of the name, address and telephone number of assigned counsel in accordance with Rule 83.1(c)(3).

    Pursuant to Rule 5.5(g): "In all filings other than the complaint, the name of the judge assigned to the case must be included directly below the docket number."

*[signature]*
Clerk of Court