IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED
DOJ COURIER
AUG - 1 2019
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM JOSEPH MOONEY & JONI THERESE MOONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 19-987 T |
| v. | ) | (Judge Patricia E. Campbell-Smith) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant, | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Margaret E. Sheer as the attorney of record for the United States. Unless filed electronically, service of all papers by opposing parties should be addressed as follows:

    Margaret E. Sheer, Esquire
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Post Office Box 26
    Ben Franklin Station
    Washington, D.C. 20044

August 1, 2019

    /s/ Margaret E. Sheer
    Margaret E. Sheer
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Voice: (202) 307-6627
    Fax: (202) 514-9440
    Email: Margaret.e.sheer@usdoj.gov

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 1st day of August 2019, been made on plaintiff, *pro se*, in a postage prepaid envelope, to the following address:

> William Joseph Mooney
> Joni Therese Mooney
> 409 6th Avenue NW
> Little Falls, MN 56345

_____
Department of Justice (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington D.C.  20044