## In the United States Court of Federal Claims

| | |
|---|---|
| **William Joseph Mooney,** *In propria persona*; and )<br>**Joni Therese Mooney,** *In propria persona*, ) | |
| ) | |
| **Plaintiffs,** ) | **Case No. 1:19-cv-987-PEC** |
| ) | |
| v.                                      ) | **Judge Patricia E. Campbell—Smith** |
| ) | |
| **THE UNITED STATES a/k/a "UNITED** ) | |
| **STATES OF AMERICA"** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |

### Motion to Toll the Time to File a Reply to Docket 6 Until The Expedited Motion on Standing of MARGARET E. SHEER, "The UNITED STATES" and the "UNITED STATES OF AMERICA" Is Determined by The Court

Comes Now, William Joseph Mooney, *in propria persona* and Joni Therese Mooney, *in propria persona* ("Mooneys") with this **Motion to Toll the Time to File a Reply to Docket 6 Until The Expedited Motion on The Standing of MARGARET E. SHEER, "The UNITED STATES" and the "UNITED STATES OF AMERICA" Is Determined by The Court.**

The Mooneys are familiar with the "tacit" acceptance issues and by not filing timely objections therein *flows a fortiori* that the (1) "Standing" issue is an essential element to entering this Controversy; and, (2) that the Court has a duty Arising under Article III Sections 1 and 2 to make said determination on the record of the Standing of any Party entering this Controversy being *sine qua non* for a Party to file into this instant Controversy to be determined by the Court.

Therefore, the Mooneys Motion Judge Patricia E. Campbell-Smith of this United States Court of Federal Claims that is in reality an Article I Court of the United States but the Court is bound by the rules of Common Law and Equity in 28 U.S.C. § 2525; and, bound by the holding of the Supreme Court of the United States, by holding of the United States Court of Federal

Received - USCFC

AUG 1 2 2019

Claims and holdings of the United States Court of Appeals for the Federal Circuit to proceed in all Cases and Controversy's as though the Court arises under Article III Sections 1 and 1 Court of the United States "exercising the judicial Power of the United States" in "all Cases, in Law and Equity" to make a determination of "Standing" of **MARGARET E. SHEER, "The UNITED STATES" and the "UNITED STATES OF AMERICA"** in the Motion that was filed and researched out by the Mooneys styled "**The Expedited Motion on Standing of MARGARET E. SHEER, "The UNITED STATES" and the "UNITED STATES OF AMERICA."**

And further, it is in the interest of Justice and will not prejudice "The United States;" and, as the Mooneys have "vacated" (not abandoned) their home under coercion, duress and fear of harm with the current documented actions of those not favored by the Government of the United States like Roger Stone.

And further, the Internal Revenue Service has taken possession and changed the locks as evidenced by the following picture therein reinforcing that the Internal Revenue Service will not be prejudiced.

The Mooneys are relieved and hopeful to have finally entered into an Court that is bound by Article III Sections 1 and 2 and not the Article I Section 8 Clause 9 Tribunal Legislative Court giving the Mooneys that real justice will be obtained and proceed as it was established and ordained secured in Article III Sections 1 and 2 for the citizens of the several States domiciled in one of the several States.



My Hand,

My Hand, _Jai These Mare_

## IV. Certificate of Service

I certify that this Expedited Motion was mailed to the following parties via USPS first Class prepaid with two copies to the United States Court of Federal Claims and one copy to the Attorney who Standing has not appeared to enter this instant Case, to wit:

**MARGARET ELIZAETH SHEER**
U.S. Dept. of Justice, Tax Div. (G)
Ben Franklin Station
P.O. Box 26
Washington, D.C.
202-307-6627 Phone
202-514-9440 Fax
Margaret.e.sheer@usdoj.gov

United States Court of Federal Claims
717 Madison Place, NW
Washington, D.C. 20439

Date: August 10th, 2019

_William Forsyth Mooney_
Signature.