# In the United States Court of Federal Claims

**No. 19-987 C**
**(Filed: August 28, 2019)**

**WILLIAM JOSEPH MOONEY and**
**JONI THERESE MOONEY**

      **Plaintiffs**

  **v**                                                                                                    **JUDGMENT**

**THE UNITED STATES**

      **Defendant**

      Pursuant to the court's Order, filed August 27, 2019, granting defendant's motion to dismiss,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' complaint is dismissed without prejudice for lack of jurisdiction.

Lisa L. Reyes
Clerk of Court

By:  *AC*

Deputy Clerk

<u>NOTE</u>: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.