# In the United States Court of Federal Claims

William Joseph Mooney, In propria persona; and,  )
Joni Therese Mooney, In propria persona )
                    **Plaintiff(s),** )

v. )

**THE UNITED STATES,** a/k/a/ )
UNITED STATES OF AMERICA )
                    **Defendant.** )

Case No. 1:19-cv-987

Judge Patricia E. Campbell-Smith

## NOTICE OF APPEAL

Notice is hereby given that __William Joseph Mooney; and, Joni Therese Mooney__ in the
(list all parties taking the appeal)

above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from

the __Final Judgment and Denial of Reconsideration__ entered in this action on
(describe document being appealed; e.g. final judgment, order)

__08//27/19, 08/28/19 & 10/02/19__.     Note: $505.00 is enclosed.
(filed date of document being appealed)

_/s/ William Joseph Mooney_
(Signature of Appellant or Attorney)

William Joseph Mooney
(Printed Name)

P.O. Box 353
(Street Address)

Little Falls, Minnesota 56345
(City, State, ZIP Code)

320-360-1010
(Phone Number)

A-12

# In the United States Court of Federal Claims

William Joseph Mooney, In propria persona; and, )
_____ )
Joni Therese Mooney, Plaintiff(s), persona )
               )
  v.            )
  THE UNITED STATES,     )
      Defendant.     )
_____ )

Case No. 1-19-cv-987

Judge Patricia E. Campbell-Smith

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2019, a copy of Notice of Appeal and Payment of $505.00._____,

was mailed via ___USPS_____, to __Clerk of the Court, U.S. Fed.Ct. of Claims at _717 Madison Place N.W., Washington, D.C. 20439_____.

*[signature: William Joseph Mooney]*
(Signature of Applicant)

William Joseph Mooney
(Printed Name)

P.O. Box 353
(Street Address)

Little Falls, Minnesota 56345
(City, State, ZIP Code)

320-360-1010
(Phone Number)

A-11

